```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23231
  JOSE D VALENTIN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-9046


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/11/07 .

    2.  The case was dismissed without confirmation, 05/02/2008.

    3.  The Debtor paid a total of $   1480.26 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG          .00             .00             .00
SAXON MORTGAGE             MORTGAGE ARRE    NOT FILED             .00             .00
SAXON MORTGAGE             SECURED                .00             .00             .00
SAXON MORTGAGE             MORTGAGE ARRE    NOT FILED             .00             .00
LAKEWOOD FALLS PHASE #5    SECURED                .00             .00          188.72
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED             .00             .00
ACCTS RECEIVABLE TECHNOL   UNSECURED        NOT FILED             .00             .00
AFNI                       UNSECURED        NOT FILED             .00             .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED             .00             .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED             .00             .00
CAB SERVICES INC           UNSECURED        NOT FILED             .00             .00
CALVARY PORTFOLIO SERVIC   UNSECURED        NOT FILED             .00             .00
COMED                      UNSECURED        NOT FILED             .00             .00
HSBC                       UNSECURED        NOT FILED             .00             .00
MEDICAL COLLECTION SYSTE   UNSECURED        NOT FILED             .00             .00
MERCHANTS CREDIT GUIDE     UNSECURED        NOT FILED             .00             .00
MRSI                       UNSECURED        NOT FILED             .00             .00
WILL COUNTY COURT          UNSECURED        NOT FILED             .00             .00
           Summary of disbursements:

                       SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00          .00         .00             .00
PRINCIPAL PAID          188.72           .00          .00         .00          188.72
INTEREST PAID              .00           .00          .00         .00             .00
TOTAL PAID              188.72           .00          .00         .00          188.72
The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $   3500.00
and was paid $   3470.00  direct and $     30.00  through the plan.

The Trustee received $      13.47 .
```

Refunds to the Debtor totaled $   1248.07 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE